COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

Dear Court-Clerk,                    January 11, 2015
      (CCA),

      Please find enclosed a Chashiers Check
for the amont of $13.55. for the Records in your official
file. WR-25,679-21.

      I truly appreciate your consideration... THANK You...
may GOD bless you. your Family and Friends...

                              Sincerely,
                              Arthur Lowe
                              ARTHUR LOWE #669750
                              HUGHES UNIT.
                              RT. 2. BOX 4400
                              GATESVILLE, TEXAS
                                        76597

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK

**CASHIER'S CHECK**

6842201289

0068422

Office AU #

11-24

1210(8)

Remitter: **ALLYSON L EZIKE**

Operator I.D.: u331869

January 26, 2015

PAY TO THE ORDER OF     ***COURT OF CRIMINAL APPEAL***

***Thirteen dollars and 55 cents***

**\*\*$13.55\*\***

Payee Address:

Memo:

**WELLS FARGO BANK, N.A.**
5219 RICHMOND AVE
HOUSTON, TX 77056
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $   13.55

CONTROLLER

⑈684 2 201 289⑈ ⑆1 21000 248⑆4861  51 28 20⑈